David L Miller – WY# 7-5951
P.O. Box 9 (117 W 200 S)
Farmington, UT 84025-0009
Phone: (801) 447-8777
Fax: (801) 447-0092
E-mail: dlmlawoffice@gmail.com

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2020 SEP 21  PM 1:31

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| In re<br>TERENCE KEYWORTH,<br>Debtor | Bankruptcy No. 19-20013<br>Chapter 7<br>Judge Cathleen D. Parker |
|---|---|

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above-named debtor represents to the Court that:

✓ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 1007 | FedLoan Servicing<br>PO Box 530210<br>Atlanta, GA 30353 | $5,619.41 |

A check in the amount of $5,619.41 representing said funds is payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 18 day of September, 2020

/s/ David L. Miller
DAVID L. MILLER
Chapter 7 Trustee